**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

METROPOLITAN LIFE INSURANCE
COMPANY,

               Plaintiff,

v.                                                     Case No. 3:11-cv-334-J-34JBT

RONALD TAYLOR, et al.,

               Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Dkt. No. 29; Report), entered on August 15, 2012. In the Report, Magistrate Judge Toomey recommends that final summary judgment be entered in favor of Christina Marie Dodds, and that the Clerk of the Court be directed to pay the funds deposited into the Court's registry, along with any interest, to Christina Marie Dodds. See Report at 8. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 29) is **ADOPTED** as the opinion of the Court.

2. Final Summary Judgment is entered in favor of Christina Marie Dodds.

3. The Clerk of the Court is directed to pay the funds deposited into the Court's registry, along with any interest, to Christina Marie Dodds, enter Judgment in her favor, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of September, 2012.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record